UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASTRID HURTADO-ROMERO,

          Petitioner,

   v.

JEFF SESSIONS, et al.,

          Respondents.

Case No. 18-cv-01685-EMC

**ORDER RE EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS**

Docket No. 1

      Petitioner Astrid Hurtado-Romero has filed an emergency petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Ms. Hurtado-Romero asserts that her federal constitutional and statutory rights are being violated because she "has been detained by ICE/DHS for almost six months, without the ability to petition for a custody redetermination hearing." Pet. at 1; *see also* Pet. ¶ 13 (alleging that, "[w]ith the exception of initial bonds under [INA §] 236(a), the immigration court will not allow a bond hearing for individuals that are subject to prolonged detention by ICE").

      It appears that a summons has been issued in the instant but that the summons and petition have not yet been served on Respondents. The Court hereby orders as follows.

      1.     Ms. Hurtado-Romero shall serve the summons and petition on Respondents within a week of the date of this order. A proof of service should be promptly filed.

      2.     Respondents shall file and serve a response to the petition for relief within three weeks of the date of this order.

      3.     Ms. Hurtado-Romero shall file and serve a traverse within four weeks of the date of this order.

///

1        4.      The Court shall hold a hearing on the petition on May 10, 2018, at 1:30 p.m.

**A courtesy copy of this order shall be provided to the Northern District U.S. Attorney's Office.**

**IT IS SO ORDERED**.

Dated: March 23, 2018

_____
EDWARD M. CHEN
United States District Judge