1  CHAD A. READLER
   Acting Assistant Attorney General
2  WILLIAM C. PEACHEY
   Director, District Court Section
3  Office of Immigration Litigation
4  JEFFREY S. ROBINS
   Assistant Director
5  JULIAN M. KURZ
   Trial Attorney, District Court Section
6  Office of Immigration Litigation
   U.S. Department of Justice
7  P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
8  (202) 616-4962; (202) 305-7000 (fax)
9  julian.m.kurz@usdoj.gov

10 *Counsel for Respondents*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASTRID HURTADO-ROMERO, | ) |
| Petitioner, | ) No. 3:18-CV-1685-EMC |
| v. | ) **STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES RE: PETITIONER'S MOTION FOR ATTORNEY'S FEES** |
| JEFF SESSIONS, *et al.*, | ) |
| Respondents. | ) |

The parties respectfully request that the Court extend the response and reply deadlines with respect to Petitioner's Motion for Attorney's Fees (ECF No. 16). At present, the response deadline falls on August 6, 2018, and the reply deadline falls on August 13, 2018. The parties request that the Court extend each deadline by one week, such that the response deadline will fall on August 13, and the reply deadline will fall on August 20.

The basis for this request is that Respondents' counsel needs additional time to research and draft a thorough response; in other cases, he is responsible for drafting and filing two lengthy briefs within the next week. Petitioner's counsel has kindly agreed to this extension request.

Dated: July 31, 2018

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Ligation

JEFFREY S. ROBINS
Assistant Director

*/s/ Julian M. Kurz*
JULIAN M. KURZ
Trial Attorney (NYSBN # 5395934)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 616-4962; (202) 305-7000 (fax)
julian.m.kurz@usdoj.gov

*Counsel for Respondents*

Respectfully submitted,

/s/ Eliyahu Kaplunovsky
ELIYAHU KAPLUNOVSKY (SBN # 299178)
1669-2 Hollenbeck Ave. #211
Sunnyvale, CA 94087
(408) 309 4506
yk@yulilaw.com

*Counsel for Petitioner*

STIPULATED EXTENSION REQUEST
3:18-CV-1685-EMC

**[~~PROPOSED~~] ORDER**

The Court has considered the parties' stipulated request to extend the response and reply deadlines with respect to Petitioner's Motion for Attorney's Fees. The Court hereby GRANTS the request. The response deadline is extended to August 13, 2018, and the reply deadline is extended to August 20, 2018.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 31, 2018

Hon. Edward
United



STIPULATED EXTENSION REQUEST
3:18-CV-1685-EMC